*ARISTIDES WELCH, Appellant, v. THOMAS [203] TENNENT, EDMUND SMITH, et al. RE-SPONDENTS.

[1] JURISDICTION — REMOVAL OF ACTION.—One of several parties, defendants to a cause pending in one of the Courts of this State, filed his affidavit for its removal to the United States District Court, on the ground that he was an alien; *Held*, that it must appear that the contest was between a citizen of this State and citizens of a foreign State.

APPEAL from the Fourth Judicial District.

Ejectment for a lot in San Francisco. The complaint does not state the residence or citizenship of any of the parties.

The defendant Edmund Smith, filed his affidavit for a removal of the cause to the District Court of the United States for the Northern District of California. The affidavit tates "he is an alien, being a subject of the Queen of Great Britain; that he has no interest, jointly or in common, with any other of the said defendants, but is the owner in fee simple, absolute and in severalty, of a portion of said premises." The affidavit described Smith's portion of the premises, and stated that all the other defendants in the cause consented to its removal to the said District Court of. the United States. The Court granted the motion to remove the cause, and the plaintiff appealed therefrom.

*McAllister, Williams & Rose*, for Appellant.

*B. S. Brooks*, for Respondent.

Mr. J. HEYDENFELDT delivered the opinion of the Court. Mr. Ch. J. MURRAY concurred.

The affidavit in this case is insufficient to show that the Federal Court has jurisdiction of the suit. It does not appear that the contest is between a citizen of this State and citizens of a foreign State.

[1] Cited in *Shelby* v. *Hoffman*, 7 Ohio St. 453.

[204]     *This is sufficient to reverse the order; and we rest upon it, reserving for a future occasion to determine whether such a removal can in any event be permitted.

Order reversed.